# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES F. BARTEE and JILL BARTEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-01333 |
| ) | Honorable Thomas M. Durkin |
| LSB TRANSPORT, INC. ) | Honorable Susan E. Cox |
| and JERZY NOWICKI, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO DISMISS PURSUANT TO SETTLEMENT

NOW COME the parties, by and through their attorneys, as and for their Agreed Motion for Dismissal Pursuant to Settlement, state as follows:

1.  That this cause has been settled in its entirety pursuant to negotiations by and between the parties with the assistance of Honorable Susan E. Cox.

2.  That accordingly, the parties jointly request that all claims filed in this matter be dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

3.  That further, the parties request that this matter be terminated and dismissed with prejudice.

WHEREFORE, the parties jointly request that an Order be entered dismissing this matter with prejudice, with each party to bear its own costs, fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| LSB TRANSPORT, INC. and | JAMES F. BARTEE and |
| JERZY NOWICKI, *Defendants* | JILL BARTEE, *Plaintiffs* |
| | |
| */s/: Jeffrey S. Greenbaum* | */s/: Lee C. Christie* |
| Jeffrey S. Greenbaum (6269847) | Lee C. Christie – (3993-49) |
| CHILTON YAMBERT PORTER LLP | CHRISTIE FARRELL LEE & BELL, P.C. |
| 303 W. Madison, Suite 2300 | 951 North Delaware Street |
| Chicago, Illinois 60606 | Indianapolis, Indiana 46202 |
| Telephone: (312) 460-8000 | Telephone: (317) 488-5500 |
| jgreenbaum@cyp-law.com | lee@cflblaw.com |

## CERTIFICATE OF SERVICE

I, a non-attorney, hereby certify that on July 16, 2021, I electronically filed the foregoing document with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that the following parties' counsel of record are registered as ECF filers and they will be served by the CM/ECF system:

| | |
|---|---|
| Lee C. Christie | Matthew S. Sims |
| Katherine A. Franke | Melanie VanOverloop |
| CHRISTIE FARRELL LEE & BELL, P.C. | RAPOPORT WEISBERG & SIMS, P.C. |
| 951 N. Delaware Street | 20 N. Clark Street, Suite 3500 |
| Indianapolis, IN 46202 | Chicago, IL 60602 |
| T: (317) 488-5500 | T: (312) 327-9880 |
| F: (317) 488-5510 | F: (312) 327-9881 |
| E: lee@cflblaw.com | E: msims@rapoportlaw.com |
|  katherine@cflblaw.com |  mvanoverloop@rapoportlaw.com |
| *Attorneys for the Plaintiffs, James F. Bartee and Jill Bartee* | *Attorneys for the Plaintiffs, James F. Bartee and Jill Bartee* |

                                                */s/ Kathryn Schmitt*
                                             Kathryn Schmitt, Legal Assistant

Jeffrey S. Greenbaum
**CHILTON YAMBERT PORTER LLP**
303 W. Madison, Suite 2300
Chicago, Illinois 60606
T: (312) 460-8000
F: (312) 460-8299
E: jgreenbaum@cyp-law.com
ARDC No. 6269847